**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Polk v. Davol, Inc., et al.*
Case No. 2:23-cv-2419

# ORDER

On March 8, 2022, Plaintiff Sheila Polk filed a complaint in this multidistrict litigation ("MDL") (Case No. 22-cv-1402, ECF No. 1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Ventralex hernia mesh device. (*Id.*) On July 27, 2023, through different counsel, Plaintiff filed another complaint in this MDL, also alleging injuries caused by the Ventralex. (ECF No. 1.) On December 22, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 22-cv-1402. (ECF No. 5.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 5) is **GRANTED** and this case is **DISMISSED**.

IT IS SO ORDERED.

**2/6/2024**                                              s/Edmund A. Sargus, Jr.
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**